UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **5:24-cv-02546-MCS-DTB** | Date | September 14, 2026 |
| Title | ***Grimes v. Costco Wholesale Corp. et al.*** | | |

| | |
|---|---|
| Present: The Honorable | Mark C. Scarsi, United States District Judge |

| | |
|---|---|
| Stephen Montes Kerr | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS AND MOTIONS IN LIMINE (ECF NOS. 30–34)**

Trial in this action is scheduled to begin September 29, 2026, (Order Re: Trial Date, ECF No. 40), and a final pretrial conference is scheduled for September 21, 2026, (Order Re: Jury Trial § I, ECF No. 16). The first round of pretrial documents was due August 31, 2026, and the second round was due September 8, 2026. (*Id.*) The parties failed to accurately and timely submit the full complement of pretrial documents. For instance, the parties filed separate exhibit lists in violation of Order Re: Jury Trial § II(A)(3), jury instructions that fail to conform with the form and format requirements of Order Re: Jury Trial § II(A)(4), and numerous other filings past the deadlines imposed by Order Re: Jury Trial § I. Whatever the excuse, these improper and untimely filings impede the Court's preparation for the fast-approaching trial. Additionally, counsel for both parties failed to timely file any oppositions to the motions in limine.

Counsel are therefore ordered to show cause why (1) monetary sanctions should not be imposed on each of them for failure to comply with the Court's Order Re: Jury Trial § II(A), and (2) the Court should not deem the failure to file timely oppositions to the motions in limine as consent to the granting of the motions pursuant to Local Rule 7-12. Each counsel shall file a declaration answering this

order to show cause by September 18, 2026. By this date, the parties also shall file a joint exhibit list and jury instructions that conform with the requirements of Order Re: Jury Trial § II(A)(4). The Court will determine whether to impose sanctions or to discharge this order to show cause upon review of the declarations, joint exhibit list, and amended proposed jury instructions. Alternatively, the Court will consider the filing of a notice of settlement or a stipulation of dismissal as an appropriate response to the order to show cause.

**IT IS SO ORDERED.**